**Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-01038-CR

————————

**BRENDA FRANCES VALDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1819144**

---

## ORDER

Appellant is represented by retained counsel, **Mustafa Aziz** . No reporter's record has been filed in this case. Terri Johnstone, the court reporter, informed this court that appellant had not made arrangements for payment for the reporter's record. On December 10, 2012, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, **Mustafa Aziz**, to file a brief in this appeal on or before **February 7, 2013**. If **Mustafa Aziz** does not timely file the brief as ordered, we will abate this appeal for a hearing before the trial court to determine the reason for his failure to file a brief.


PER CURIAM